RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 06 2018

JAMES N. HATTEN, Clerk
By:  Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## _____ DIVISION

Jimmy Scott
(Print your full name)

Plaintiff *pro se*,

v.

Piedmont Columbus Regional Hospital

(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1 18-CV-5557**

(to be assigned by Clerk)

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

   ✓ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

   **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

✓     Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

____     Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

____     Other (describe) _____

_____

_____

_____

_____

2.     This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.   Print your full name and mailing address below:

Name: Jimmy Scott

Address: 314 6th Street

Columbus, Georgia 31901

4. Defendant(s).   Print below the name and address of each defendant listed on page 1 of this form:

Name: Piedmont Columbus Regional Hospital

Address: 707 Center Street Suite A

Columbus, Ga 31901

Name: _____

Address: _____

Name: _____

Address: _____

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

Piedmont Columbus Regional Hospital
707 Center Street Suite A, Columbus, Ga 31901

6. When did the alleged discrimination occur? (State date or time period)

_____

_____

_____

_____

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   ✓ Yes   _____ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes   _____ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _____

9. If you are suing for **age discrimination**, check one of the following:

    _____ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ✓ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

    \_\_\_\_\_ Yes        \_✓\_ No        \_✓\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

    If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

    _____
    _____
    _____
    _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

    \_\_\_\_\_ Yes        \_\_\_\_\_ No        \_✓\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

    If you checked "Yes," describe below what happened in that administrative process:

    _____
    _____
    _____
    _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    ___ failure to hire me
    ✓ failure to promote me
    ___ demotion
    ___ reduction in my wages
    ✓ working under terms and conditions of employment that differed from similarly situated employees
    ✓ harassment
    ✓ retaliation
    ✓ termination of my employment
    ___ failure to accommodate my disability
    ___ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    ✓ my race or color, which is _African American_
    ___ my religion, which is _____
    ___ my sex (gender), which is ___ male ___ female
    ___ my national origin, which is _____
    ✓ my age (my date of birth is _07/07/1953_)
    ___ my disability or perceived disability, which is:

    ___ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    ___ other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

In the year of 2017, Dustin Waggoner, the new Director of Clinical Operation assume that position formerly held by Maria who I was subordinate to. She left some months earlier as a team member with Emory Hospital in Atlanta. For a lengthy period of time me and my co-worker were without a supervisor and shunned or ignored by Dustin. We all wanted to know and made inquiries into the situation to be formally introduced. However, to our surprise Mr. Waggoner was not interested in knowing who we were or to communicate with the transport personnel and was reluctant to interact with us to get to know us. We all thought that was strange and unprofessional. We also so that he showed a racist disposition ignoring the African American employees he was to supervise. Jared Estes a white male employee with no experience was assigned to the department. He too displayed racist animus and preference to white male leadership with the same disposition in his interaction. He would initially bring African American employees in one at a time being condescending, asking strange question that were personal and not job related and asking information only HR should know. Beginning in 2017, Dustin and Jared began engaging in discriminatory

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

See Attached

such as microaggression, fabricating charges to undermind my work and character, making falsehoods, harassment, creating a hostile work environment, manipulating the transport patient system to create error and confusion to undermine my work, to handicap and to undermine my work ethics and descredit my efforts in my work, discriminating and showing a bias toward me fabricating incidents and acting with racial animus with an antagonistic attitude. They deliberately made accusations (once implied I was sexually harassing someone) knowning they were fabricated falsehoods made to masquerade as truth in the eye of HR, (Ms. Jan Woodham, Director of HR and Needa Amos which was very bias, that impacted me in a negative way and placing whatever negative in my personel file at least noting it in an attempt to suppress or oppress me to hinder my capacity to secure a promotion, bonuses or pay raise and transferrs. Jared even conspire with other employees to smear my character and created a hostile environment. He passed notes on the floors informing people to watch me and call him to report anything he deemed as dirt creating a bias against me. This was a manner to create a bad review of my work and character in which was unfair not based on merit or not preformed on the basis described in the employee handbook. These things were an indication to me that I was held to a personal standard and a higher standard. I viewed this to be negligent job evaluation because it was unfair and bias in nature. On August 8, 2017, I had a derogatory

Counseling and disciplinary action written against me that was highly in dispute. Nevertheless, it was bias and discriminatory in mis-stating facts and negligent in know the truth. On 8/10/2017, I presented a complaint to HR about the unfairness, bad faith efforts to discredit me, the bias towards me and the unprofessionalism of Dustin and Jared's interaction with me and other subordinates in the Department. All my co-workers in the department experienced this and come to the same conclusion and concern about the discriminatory practices and tactics carried out by them. Ms Needa Amos in HR is who I arranged to have a meeting with to communicate and express my concerns. Unfortunately there was no grievance process to resolve the conflicts in a favorable way. I was retaliated against that resulted in harassment, intimidation, coercion, manipulation, more hostility, etc. A series of counseling and disciplinary actions followed there after characterize by bad faith efforts and racial animus. The dates of those actions are 8/18/2017, 12/7/2017 and 2/20/2018 that lead to ~~my~~ wrongful termination. Thru out this saga, beginning with Dustin Waggoner and Jared Estes, Ms Needa Amos and Ms Jan Woodham, HR Director conspired, concurred being of the same opinion and disposition to uphold Dustin and Jared in their wrong doing and dishonesty. My wrongful termination was calculated to deny me opportunity of recourse or regress to properly address and resolve the matter. Columbus Midtown Regional at that time was transitioning to Piedmont Hospital on March 1,

2018, only a few days after the wrongful termination to denied me a possible grievance process. ~~with~~ After intense research to make a contact to resolve the matter, I decided to write the CEO of Piedmont to state my case and complaint for his review. I sent this letter certified to make sure he got it in his hands. As suffient time had pasted, I didn't receive the return receipt to acknowled receit of the letter. I immediately started another intense research and search and came across Ms. Patrice Saunders name who handles the Compliance Dept. I spoke with her and expressed to her what happened. She instructed me to send another copy of my letter to her that I had sent to Mr Kevin Brown, CEO of Piedmont I sent it certified as well. I also email a complaint too. Ms Saunders email me back confirming she received the copy of the letter and handed it over to her team for review and that they would follow up with me. On June 4, 2018 I received in the mail the return receipt for the letter I initially forwarded to Mr. Brown on May 3, 2018 which was on a Friday. I emailed Ms Saunders and expressed how confusing and suspicion I was and baffling nature of receiving the return receipt from the letter forward to Mr Brown a month later. My concern was expressed in email to her on June 4, 2018 at 1:28 PM, that this was a mystery to me. I felt like somehow an attempt was being made to squash this, not address it and dismiss it. Ms Patrice Saunders or her team who supposedly reviewed

My correspondence never got back in touch with me to address the wrongful termination to resolve the matter in a favorable manner, so I ~~the~~ filed a discrimination suit with the EEOC and was granted a right to sue letter.

15. Plaintiff   \_\_\_\_\_ still works for defendant(s)
    ✓ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?   \_\_\_\_\_ Yes   \_\_\_\_\_ No

    If you checked "Yes," please explain: _____

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?   ✓ Yes   \_\_\_\_\_ No

## **Request for Relief**

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

\_\_\_\_\_ Defendant(s) be directed to _____

✓ Money damages (list amounts) See attached

✓ Costs and fees involved in litigating this case

✓ Such other relief as my be appropriate

# Request for Relief

Money damages
401K → $20,000
holiday → $200.00
accrued benefits (health insurance, etc.) → $5,000
loss wages → $30,000
severance pay → ?
anticipated bonuses and profit sharing → $2,000
debt relieve → $7,000
PTO → $1,500

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this _6_ day of _December_, 20_18_

_Jimmy Scott_
(Signature of plaintiff *pro se*)

_Jimmy Scott_
(Printed name of plaintiff *pro se*)

_314 6th Street_
(street address)

_Columbus, Georgia 31901_
(City, State, and zip code)

_JScott053@gmail.com_
(email address)

_706.326.9535_
(telephone number)

EEOC Form 161 (11/16)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jimmy L. Scott<br>314 6th street<br>Columbus, GA 31901 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2018-07553 | Candice Rogers,<br>Investigator | (404) 562-6832 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

8/27/2018 *(Date Mailed)*

Enclosures(s)

cc:    Alicia Starkman, Esq.
Piedmont Healthcare
1800 Howell Mill Road
Atlanta, GA 30318