UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JIMMY SCOTT,<br><br>      Plaintiff,<br><br>v.<br><br>PIEDMONT COLUMBUS REGIONAL HOSPITAL,<br><br>      Defendant. | CIVIL ACTION NO.<br>4:19-CV-00004-CDL |

## DEFENDANT'S MOTION TO DISMISS COMPLAINT

Improperly named Defendant Piedmont Columbus Regional Hospital ("Defendant")[1] hereby moves to dismiss the Complaint filed by Plaintiff Jimmy Scott ("Plaintiff") (Doc. 1) pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6). For the reasons set forth in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, Defendant respectfully requests that the Court enter an Order dismissing the Complaint because it is untimely under 42 U.S.C. § 2000e-5(f)(1).

Respectfully submitted this 11th day of March, 2018.

                                                      HALL, ARBERY, GILLIGAN,
                                                    ROBERTS & SHANLEVER, LLP

                                                    */s/ Matthew J. Gilligan*
                                                    Matthew J. Gilligan
                                                    Georgia Bar No. 294955
                                                    mgilligan@hagrslaw.com
                                                    3340 Peachtree Road, N.E. - Suite 1900
                                                    Atlanta, Georgia 30326
                                                    (404) 537-5525
                                                    *Attorney for Defendant*

---

[1] Piedmont Columbus Regional Hospital is not a legal entity, was never Plaintiff's employer, and is not a proper defendant in this action. Plaintiff's employer, which should be substituted as the sole defendant in this action, is The Medical Center, Inc., d/b/a Piedmont Columbus Regional Midtown. Plaintiff must amend his Complaint to sue the correct defendant.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JIMMY SCOTT,<br><br>      Plaintiff,<br><br>v.<br><br>PIEDMONT COLUMBUS REGIONAL HOSPITAL<br><br>      Defendant. | CIVIL ACTION NO.<br>4:19-CV-00004-CDL |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on March 11, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing, and by placing a copy in the U.S. Mail to the following attorney of record:

Mr. Jimmy Scott
314 6th Street
Columbus, Georgia 31910

*Plaintiff pro se*

*/s/ Matthew J. Gilligan*
Matthew J. Gilligan
