IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| JIMMY SCOTT, | * |
| Plaintiff, | * |
| v. | Case No. 4:19-CV-00004-CDL |
| | * |
| PIEDMONT COLUMBUS REGIONAL HOSPITAL, | * |
| Defendant. | * |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated May 23, 2019, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 24th day of May, 2019.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk