UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

COLUMBUS DIVISION



JIMMY SCOTT,

    Plaintiff

V

                          CIVIL ACTION NO.

                          4:19-CV-00004-CDL

PIEDMONT COLUMBUS REGIONAL HOSPITAL,

    Defendant

## *NOTICE OF APPEAL*

Notice is hereby given that Jimmy Scott pro se, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order of this Court, JUDGMENT dismissing this case, entered on *May 24, 2019*. I hereby certify that the appeal is not taken for purpose of delay. However, I was surprised that a hearing was excluded and from the understanding, this is part of the proceedings where the Judge could have become better educated and mature in this decision. And have a full complete, comprehensive knowledge or understanding to sort out and settle disputable issues and to provide attributable or distinguishable evidence involving extraordinary circumstances in the proceeding

                                                        Jimmy Scott

                                                        */s/ Jimmy Scott*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

JIMMY SCOTT,

    Plaintiff

V

                               CIVIL ACTION NO.

                               4:19-CV-00004-CDL

PIEDMONT COLUMBUS REGIONAL HOSPITAL,

    Defendant

## Certificate of Service

I, Jimmy Scott, pro se, Plaintiff hereby certify that on this _19_ day _June_ 2019, filed the foregoing with the Clerk of Court, which I will send notification of such filing, and placing a copy in the U. S. Mail to the following party of record.

                                            Jimmy Scott

                                            314 6th Street

                                            Columbus, Georgia 31901

                                            Jscott053@gmail.com

                                            Tel. 706.326.9535

                                            *Jimmy Scott*

                                            Plaintiff pro se